UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM MILHOUSE,<br><br>  Plaintiff,<br><br>  v.<br><br>SAROJ GULANI, et al.,<br><br>  Defendants. | Case No. EDCV 23-01461 JGB (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Third Amended Complaint ("TAC"), Dkt. No. 27, the Report and Recommendation of United States Magistrate Judge ("Report") dated September 6, 2024, Dkt. No. 33, and all other records and files herein. The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that:

(1) Plaintiff's claims against Dr. Gulani, the John Doe defendant, the John Doe corporation, the BOP, and the United States of America are dismissed without leave to amend; and

(2) The case will be referred back to the Magistrate Judge for service of the

Third Amended Complaint on Assistant Health Service Administrator Steenbergen, Associate Warden Aragontz, and Deputy Captain C. Gore, and for further proceedings.

DATED: January 7, 2025

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2